IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| GREGORY GILLILAN, | : | |
| | : | |
| Plaintiff | : | |
| | : | No. 1:07-cv-89 (WLS) |
| vs. | : | |
| | : | |
| 2nd Shift Prison Guard S. BURTEN, | : | |
| | : | |
| Defendant | : | |

| | | |
|---|---|---|
| GREGORY GILLILAN, | : | |
| | : | |
| Plaintiff | : | |
| | : | No. 1:07-cv-90 (WLS) |
| vs. | : | |
| | : | |
| Psychiatrist LEBEDOVYCH and Psychologist RICHARDSON, | : | |
| | : | |
| Defendants | : | |

| | | |
|---|---|---|
| GREGORY GILLILAN, | : | |
| | : | |
| Plaintiff | : | |
| | : | No. 1:07-cv-91 (WLS) |
| vs. | : | |
| | : | |
| DR. ALSTON and Nurse SUSAN HANAH, | : | |
| | : | |
| Defendants | : | |

| | | |
|---|---|---|
| GREGORY GILLILAN, | : | |
| | : | |
| Plaintiff | : | |
| | : | No. 1:07-cv-92 (WLS) |
| vs. | : | |
| | : | |
| Officer CHALKER, | : | |
| | : | |
| Defendant | : | |

# ORDER OF TRANSFER

Plaintiff **GREGORY GILLILAN**, an inmate presently confined at Johnson State Prison in Wrightsville, Georgia, has filed the instant four *pro se* civil rights complaints under 42 U.S.C. § 1983. In his complaints, plaintiff alleges that the defendants, employees of Johnson State Prison, have violated certain of his constitutional rights.

All the defendants are employed and all of the events alleged in the lawsuits occurred at Johnson State Prison, which is located within the Southern District of Georgia. 28 U.S.C. § 90(c)(2). Accordingly, the proper venue for these actions is in the Southern District of Georgia, not the Middle District. 28 U.S.C. § 1391(b). Instead of dismissing these actions, the Court may, in the interest of justice, transfer the cases under 28 U.S.C. § 1631 to the Court in which venue would be proper. Because it appears that these actions should have been filed in the Southern District, transfer to that district is appropriate.

Accordingly, the Court **DIRECTS** the Clerk of the Court to transfer these cases to the United States District Court for the Southern District of Georgia, Dublin Division.

**SO ORDERED**, this 24th day of May, 2007

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE